HARRIS *v.* BRANDENBURG.

SPECIFIC PERFORMANCE—LAND CONTRACT—SUFFICIENCY OF EVI-
DENCE.

    On a bill for specific performance of a contract for the sale of
    land, defended on the ground of fraud in obtaining defend-
    ant's signature to the contract, evidence examined and *held,*
    sufficient to support the decree for complainant.

    Appeal from Wayne; Frazer, J. Submitted February
9, 1905. (Docket No. 119.) Decided March 21, 1905.

    Bill by Albert M. Harris against Christina Brandenburg
for the specific performance of a land contract. From a
decree for complainant, defendant appeals. Affirmed.

    *Charles Flowers,* for complainant.

    *Haug & Yerkes,* for defendant.

    CARPENTER, J. This suit was commenced in chancery
to enforce the specific performance of a written contract,
signed by the above parties, by which defendant agreed
to convey certain lands to complainant. The single issue
in this case is whether defendant's signature to the con-
tract was obtained by fraud. The learned trial judge de-
termined this issue in favor of complainant on conflicting
testimony taken in open court. Defendant appeals to
this court.

    The sole controversy is one of fact, and its correct deter-
mination depends upon the credibility of witnesses. It is
sufficient to say that we think it was correctly decided.

    The decree appealed from is affirmed, with costs.

    MOORE, C. J., and MCALVAY, GRANT, and HOOKER,
JJ., concurred.